

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00218-CR

Jacob Michael **OVERGARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B20302
Honorable M. Patrick Maguire, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 5, 2025.

_H. Todd McCray_
H. Todd McCray, Justice